FILED

2004 MAR -8 P 2:33

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TELECOMMUNICATIONS INCOME FUND, X, LP AND TELECOMMUNICATIONS INCOME FUND XI, LP | CIVIL NO. 02 CV 436(RNC) |
| v. | |
| GUS CURCIO | MARCH 4, 2004 |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel for this case for plaintiffs, Telecommunications Income Fund, X, LP and Telecommunications Income Fund, XI, LP

JZG/1/3/665158v1
02/09/04-HRT/

*[signature]*

Jeanine M Dumont
Federal Bar No. Ct05021
Law Offices Howard Lee Schiff, PC
510 Tolland Street
East Hartford, CT 06103
(860) 528-9991 (phone)
(860) 528-7602 (fax)
jdumont@hlschiffpc.com

JZG/1/3/665158v1
02/09/04-HRT/