FILED

2004 MAR -8 P 2: 34

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TELECOMMUNICATIONS INCOME FUND, X, LP AND TELECOMMUNICATIONS INCOME FUND XI, LP | : CIVIL NO. 02 CV 436(RNC) |
| v. | : |
| GUS CURCIO | : |
| | : MARCH 4, 2004 |

**MOTION FOR APPOINTMENT TO SERVICE PROCESS PURSUANT TO FED. R. CIV. P. SECTION 4.1(a)**

Pursuant to Fed. R. Civ. P. Section 4.1(a), the plaintiff, Telecommunications Income Fund, X, LP and Telecommunications Income Fund XI, LP, moves that Bruce Cass, Connecticut State Marshal of Hartford County, be specially appointed to serve process in the captioned matter only, and only on or before _August 4_, 2004.

JZG/1/3/665158v1
02/09/04-HRT/

PLAINTIFF:
TELECOMMUNICATIONS INCOME
FUND, X, LP AND
TELECOMMUNICATIONS INCOME
FUND, XI, LP


By *[signature]*
Jeanine M Dumont
Federal Bar No. Ct05021
Law Offices Howard Lee Schiff, PC
510 Tolland Street
East Hartford, CT 06103
(860) 528-9991
Its Attorneys

JZG/1/3/665158v1
02/09/04-HRT/

## ORDER

The foregoing Motion having been presented to the Court, it is hereby Ordered:

GRANTED/DENIED.

BY THE COURT

_____

JZG/1/3/665158v1
02/09/04-HRT/