UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TELECOMMUNICATIONS INCOME

V.                              Case Number: 02CV426(RNC)

GUS CURCIO

**Motion for APPOINTMENT TO SERVICE PROCESS PURSUANT TO FRCP SECTION 4.1(a)**

**Doc. # 18**

**ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, March 9, 2004.


                        KEVIN F. ROWE, CLERK


                        By: _____
                            FIDELIS BASILE
                            Deputy Clerk