UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Application For and Writ of Execution**
**Banking Institution**



## APPLICATION

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment entered on August 19, 2002 in the United States District Court for the District of Connecticut, Docket No.3:02cv436(RNC), and registered in the United States District Court for the District of Connecticut therein on August 19, 2002, Docket No. 3:02cv436(RNC), Case Name: *Telecommunications Income Fund X, LP vs. Gus Curcio.*

**NAME OF BANKING INSTITUTION:**   ChaseBank, North American and Sovereign Bank

**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:**   **OF (TOWN)**
Telecommunications Income Fund X, LP           Marion, Iowa
And Telecommunications Income Fund XI, LP

**NAME OF JUDGMENT DEBTOR:**                                **OF (TOWN)**
Gus Curcio                                                  Stratford, Connecticut

| | | |
|---|---|---|
| 1. | **AMOUNT OF JUDGMENT:** | $603,807.74 |
| 2. | **AMOUNT OF COSTS:** | --- |
| 3. | **TOTAL JUDGMENT AND COSTS:** | $603,807.74 |
| 4. | **TOTAL PAID ON ACCOUNT:** | $ 50,000.00 |
| 5. | **TOTAL UNPAID JUDGMENT:** | $553,807.74 |

*Jeanine M. Dumont* [signature]                         Dated: March 9, 2004
Jeanine M Dumont, of
Law Offices Howard Lee Schiff, PC
510 Tolland Street
East Hartford, CT 06108
(860) 528-9991

JZG/1/3/665152v1
02/09/04-HRT/